DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**GERSON JUAREZ,**
Appellant,

v.

**SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS,**
Appellee.

No. 4D23-300

[June 15, 2023]

Appeal from the Circuit Court for the Nineteenth Judicial Circuit, Okeechobee County; Rebecca White, Judge; L.T. Case No. 2022CA000148.

Gerson Juarez, Okeechobee, pro se.

Ashley Moody, Attorney General, Tallahassee and Rachael Kaiman, Assistant Attorney General, West Palm Beach, for appellee.

PER CURIAM.

*Affirmed.*

DAMOORGIAN, LEVINE and KUNTZ, JJ., concur.

* * *

***Not final until disposition of timely filed motion for rehearing.***